*In re* **PAPE**, Robert J., Jr. (MR 21356)
Garden City, NY

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose reciprocal discipline pursuant to Supreme Court Rule 763 is allowed, and respondent Robert J. Pape, Jr., who has been disciplined in the State of New York, is disbarred in the State of Illinois. The request by respondent Robert J. Pape, Jr., for stay of proceedings is denied.